# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00751-CR

**Alexis Luciano, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE COUNTY COURT AT LAW NO. 9 OF TRAVIS COUNTY**
**NO. C-1-CR-23-200063, THE HONORABLE KIM WILLIAMS, JUDGE PRESIDING**

---

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant's brief was originally due February 8, 2024. On March 4, 2024, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by March 14, 2024, would result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

The appeal is abated and remanded to the trial court. The trial court shall conduct a hearing to determine whether appellant desires to prosecute this appeal and, if so, whether counsel has abandoned this appeal. *See* Tex. R. App. P. 38.8(b)(2), (3). The court shall make appropriate written findings and recommendations. *See id.* R. 38.8(b)(2), (3). If necessary, the court shall appoint substitute counsel who will effectively represent appellant in this appeal. Following the hearing, which shall be transcribed, the trial court shall order the appropriate

supplemental clerk's and reporter's records—including all findings and orders—to be prepared and forwarded to this Court no later than June 13, 2024. *See id.* R. 38.8(b)(3).

It is so ordered May 14, 2024.


Before Chief Justice Byrne, Justices Smith and Theofanis

Abated and Remanded

Filed: May 14, 2024

Do Not Publish